No. 73–1525.   Rose, Warden *v.* Ray.   C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 73–1215.   LaCosa et al. *v.* United States; No. 73–1364.   Manfredi *v.* United States; and No. 73–6224.   Mayo *v.* United States.   C. A. 2d Cir. Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 73–5933.   Gales *v.* Vincent, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 73–6049.   Marston *v.* State Farm Superintendent.   C. A. 4th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 73–6305.   O'Brien *v.* California.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 73–6328.   O'Kelly *v.* Iowa.   Sup. Ct. Iowa. Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 73–6333.   Garrett *v.* Puckett, Jail Superintendent.   C. A. 4th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 73–6352.   Galvan et al. *v.* Levine, Industrial Commissioner of New York.   C. A. 2d Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.